UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   CRIMINAL NO. 07-211 (MJD/JSM)

    Plaintiff,

v.   <u>ORDER</u>

ANTHONY ISAAC WILLIAMS,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 27, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Anthony Isaac Williams's Pretrial Motion to Suppress Evidence [Docket No. 14] is **DENIED**.

2. Anthony Isaac Williams's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 15] is **DENIED**; and

3.  Anthony Isaac Williams's Motion to Suppress Statements, Admissions and Answers [Docket No. 16] is **DENIED**.

Dated: <u>October 16,2007</u>

<u>S/Michael J. Davis</u>
MICHAEL J. DAVIS
United States District Court Judge